AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>DAT QUOC NGUYEN,<br>TRIEU NGHI NGUYEN HOANG<br><br>Defendant(s) | Case No. 1:20-mj-241<br><br>**UNDER SEAL** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 2019 - December 2019__ in the county of __Fairfax__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and 846 | Conspiracy to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a schedule II controlled substance. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Bibeane Metsch

*Complainant's signature*

FBI SA Donald A. Mockenhaupt
*Printed name and title*

Sworn to in accordance with Fed. R. Crim. Proc. 4.1 by telephone.

Date: 08/19/2020

John F. Anderson
Digitally signed by John F. Anderson
Date: 2020.08.19 11:48:54 -04'00'

*Judge's signature*

City and state: Alexandria, Virignia

The Honorable John F. Anderson
*Printed name and title*